Mark FOWLER, Petitioner–Appellant,

v.

Kenny ATKINSON, Respondent–Appellee,

and

Craig Apker, Respondent.

No. 16–6381

United States Court of Appeals, Fourth Circuit.

Submitted: August 25, 2016

Decided: August 30, 2016

Mark Fowler, Appellant Pro Se. Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

---

court. Fed. R. App. P. 4(c); Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Fowler, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2012) petition and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm.* Fowler v. Atkinson, No. 5:14–hc–02070–BO (E.D.N.C. Jan. 28, 2016 & Feb. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

Sandra Elliott appeals the district court's order denying her motion for return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Elliott, No. 5:09–cr–00383–BO–1 (E.D.N.C. Mar. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* To the extent that Fowler characterizes his informal brief as a petition for writ of mandamus, mandamus is not a substitute for appeal.

United States v. Moussaoui, 333 F.3d 509, 517 (4th Cir. 2003).